UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>            Plaintiff,<br>v.<br><br>ROBERT J. HERNANDEZ, et al.,<br><br>           Defendants. | Civil No. 05cv965 LAB (PCL)<br><br>**SCHEDULING ORDER** |

    A telephonic Settlement Disposition Conference is set for November 15, 2006 at 1:30 p.m. Defendants shall initiate the conference call with all parties and then call the Court at (760)353-4227.

IT IS SO ORDERED.

DATED: October 19, 2006

                                                  Peter C. Lewis
                                                  U.S. Magistrate Judge
                                                  United States District Court

Copy to:    The Honorable Jeffrey T. Miller
                  All Parties and Counsel of Record