ORIGINAL

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  G. MICHAEL GERMAN, State Bar No. 103312
   Deputy Attorney General
6   110 West A Street, Suite 1100
   San Diego, CA 92101
7   P.O. Box 85266
   San Diego, CA 92186-5266
8   Telephone:  (619) 645-2617
   Fax:  (619) 645-2581
9  Attorneys for Defendants Rocha and Vizcarra

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| DAVID WAYNE WILSON,                  | CASE NO. 05-cv-965 LAB (PCL) |
|--------------------------------------|------------------------------|
|                          Plaintiff,  | **STIPULATION OF DISMISSAL** |
| v.                                   |                              |
| ROBERT J. HERNANDEZ, et al.,         | Fed. R. Civ. P. 41(a)(1)     |
|                          Defendants. |                              |

18      IT IS HEREBY STIPULATED by and between all parties to this action, as evidenced by the

19  signatures of Plaintiff David Wayne Wilson, *in propria persona,* and of counsel for Defendants A.

20  Rocha and E. Vizcarra, below, that Plaintiff David Wayne Wilson hereby DISMISSES each, every

21  and all of his claims asserted against Defendants Robert J. Hernandez, A. Rocha and E. Vizcarra,

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   and DISMISSES the above-captioned action with prejudice in its entirety, each party to bear his own

2   costs and fees, pursuant to Fed. R. Civ. P. 41(a)(1).

3   DATED: August __8__, 2006

4                                                        _David W. Wilson_
                                                         David Wayne Wilson, Plaintiff, *In Propria Persona*

5

6   DATED: August __8__, 2006                            BILL LOCKYER
                                                         Attorney General of the State of California

7                                                        JAMES M. HUMES
                                                         Chief Assistant Attorney General

8                                                        FRANCES T. GRUNDER
                                                         Senior Assistant Attorney General

9

10                                                       MICHELLE DES JARDINS
                                                         Supervising Deputy Attorney General

11

12                                                       _G. Michael German_

13                                                       G. MICHAEL GERMAN
                                                         Deputy Attorney General

14                                                       Attorneys for Defendants Rocha and Vizcarra

15

16

17                                                       **IT IS SO ORDERED**
                                                         **DATED**    11-15-06
18

19                                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                                                        Case No. 05-cv-965 LAB (PCL)

                                    2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Wilson, David v. R. Hernandez, et al.**

No.:   **05CV965 LAB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>October 12, 2006</u>, I served the attached:

**STIPULATION OF DISMISSAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**David W. Wilson, CDCR# K-66474**
**California Medical Facility**
**M336-S**
**P.O. Box 2000**
**Vacaville, CA 95696-0001**

*Petitioner In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 12, 2006, at San Diego, California.

M. Aguilar
_____
Declarant

_____
Signature

70071394.wpd